UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DARRIN KEITH TAYLOR,**
    **Plaintiff,**

  v.                                                                            Case No. 13-CV-1356

**KENOSHA COUNTY DETENTION CENTER,**
    **Defendant,**

---

### ORDER

Plaintiff, Darrin Keith Taylor, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order dated December 20, 2013, plaintiff was ordered to forward to the Clerk of Court by January 10, 2014, the sum of $28.90 as an initial partial filing fee in this action. Plaintiff was advised that, upon payment of this fee, I would determine whether the action can proceed in forma pauperis. To date, plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee, I infer that plaintiff no longer wants to prosecute this action.

**THEREFORE, IT IS ORDERED** that this action be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2014.

                                                      s/ Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge