# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DARRIN KEITH TAYLOR,**
    **Plaintiff,**

    v.                                                                                           Case No. 13-CV-1356

**KENOSHA COUNTY DETENTION CENTER,**
    **Defendant,**

## ORDER

On April 30, 2014, I granted plaintiff's motion for leave to proceed in forma pauperis and directed him to file an amended pleading on or before Friday, May 30, 2014. Plaintiff attempted to comply, but his proposed amended complaint is unsigned, does not use the court's complaint form, and seems to be multiple documents, with different pages regarding different defendants. I will provide plaintiff with the court's form complaint and give him another opportunity to prepare his amended complaint. The amended complaint on the form should address plaintiff's claims against all of the defendants. His statement of claim should describe what happened to plaintiff in narrative form and include details regarding the personal involvement of each of the proposed defendants. Plaintiff's legal theory against each defendant should be set forth in that section of the complaint form, and his request for relief may also address each proposed defendant.

**THEREFORE, IT IS ORDERED** that plaintiff's amended complaint (Docket #12) is **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a copy of my Order entered April 30, 2014 (Docket #11), a copy of plaintiff's amended complaint (Docket #12), and a copy of the court's § 1983 complaint form.

**IT IS FURTHER ORDERED** that on or before **Friday, July 18, 2014**, plaintiff shall use the court's § 1983 compliant form to file an amended pleading curing the defects in the original complaint.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge